UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVONNE R. QUICKSALL,

Plaintiff,

v.

DOLLAR TREE STORES, INC.,

Defendant.

No. 2:25-cv-02954-DC-CSK

ORDER SUBMITTING ACTION TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION

(Doc. No. 15)

On January 9, 2026, the parties in this action filed a stipulation notifying the court they have agreed to submit all of Plaintiff's claims brought in this action to binding arbitration pursuant to an arbitration agreement the parties executed on May 30, 2024, a copy of which the parties attached to their stipulation ("the Arbitration Agreement"), and to stay this action pending conclusion of the arbitration proceedings. (Doc. No. 15.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's claims brought in this action are hereby submitted to binding arbitration pursuant to the parties' Arbitration Agreement;

2. This action is STAYED pending completion of the arbitration proceedings;

3. All dates and deadlines, if any, are vacated;

4. The parties shall file a joint status report regarding the status of the arbitration

1

within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed; and

5.    The parties shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:    **January 13, 2026**    _____

Dena Coggins
United States District Judge